# ChamberlainD'Amanda

Attorneys and Counselors at Law
11/3/10

$5.62
#7652
11/8/10

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    VANDERHORST, PAUL D.    /Case # 08-20897
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $5.62. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

✔ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Capital Recovery II      Amount $ 3.63      Claim Register # 10

Claimant Capital Recovery II      Amount $ 1.99      Claim Register # 11

                                DOUGLAS J. LUSTIG
                                Trustee

FILED 2010 NOV -8 AM 10:03 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdog.com

Chamberlain D'Amanda Oppenheimer & Greenfield LLP